THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. PLOISER, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: Relator's contention that the action of the Court of Quarter Sessions, Hudson County, New Jersey, imposing sentences to run concurrently with a prior sentence imposed by the Court of Special Sessions of Bergen County, New Jersey, was tantamount to a suspension of sentence, is without merit. The record before us discloses that relator received no suspended sentence on any of the three convictions relied upon to make him a fourth offender. On each of the three prior convictions, there was a final judgment on sentence within the meaning of section 1942 of the Penal Law. Service of the sentences imposed by the Court of Quarter Sessions to run concurrently with the sentence imposed by the Court of Special Sessions cannot be construed as suspending imposition of sentence. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [193 Misc. 596.]

LENA TURNER, as Administratrix of the Estate of GEORGE TURNER, Deceased, Respondent, v. TOWN OF NAPLES, Appellant.— Judgment affirmed, with costs. Memorandum: Under the rather unusual situation in regard to grade, character of road surface, curve, and proximity of the drop off to the roadway, and under the charge of the court to which no exception was taken, we cannot say that the jury's verdict is not supported by sufficient evidence. (See *Mason* v. *Town of Andes*, 261 App. Div. 354, affd. 287 N. Y. 616.) All concur. (The judgment is for plaintiff in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of the Custody of PATRICIA A. PATTERSON. EDWARD PATTERSON, Appellant.— Order affirmed, without costs of this appeal to any party, without prejudice to any further proceedings by petitioner to acquire custody of the child. All concur. (The order dismisses the petition in a proceeding to determine custody of a child.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

ROY R. NEWCOMB, as Commissioner of Social Welfare of Erie County, Respondent, v. CLAUDE R. WILLIAMS, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order directs support of a child in a filiation proceeding.) Present — Taylor, P. J., McCurn, Love, Kimball and Piper, JJ.